IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Gause, Joann | Case Number:  08 B 18152 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/10/09 | Filed:  7/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  December 30, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,755.00 | |
| Secured: | | 1,384.40 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 255.36 |
| Trustee Fee: | | 115.24 |
| Other Funds: | | 0.00 |
| Totals: | 1,755.00 | 1,755.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,274.00 | 255.36 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Nuvell Credit Company LLC | Secured | 1,710.73 | 1,384.40 |
| 5. | Ocwen Federal Bank FSB | Secured | 21,763.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 10.37 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 5.03 | 0.00 |
| 8. | Amerifirst Home Improvement Finance | Unsecured | 380.42 | 0.00 |
| 9. | Litton Loan Servicing | Secured | | No Claim Filed |
| 10. | Nicor Gas | Unsecured | | No Claim Filed |
| 11. | Cingular Wireless | Unsecured | | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | National City Bank | Unsecured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| | | | $ 27,143.55 | $ 1,639.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 38.35 |
| 6.6% | 76.89 |
| | $ 115.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gause, Joann | Case Number: 08 B 18152 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/10/09 | Filed: 7/15/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*